In the Matter of the Application and Petition of THE CITY OF NEW YORK, Respondent, to Acquire Certain Real Estate at Mohansic Lake and Little Mohansic

Lake, in the Town of Yorktown, Westchester County, New York, under the Greater New York Charter and Pursuant to Chapter 543 of the Laws of 1925,* to Be Acquired for the Sanitary Protection of the Water Supply of the City of New York. (Additional Taking.) LENA FERRIS, Appellant.— Order, in so far as it affects parcel 2, reversed on the law and the facts, with costs, and the reports of the commissioners of appraisal confirmed, with costs. The award was not based on an erroneous theory and is not excessive. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.